

**EPSTEIN
BECKER
GREEN**

Attorneys at Law

Lauri F. Rasnick
t  212.351.4854
f  212.878.8600
LRasnick@ebglaw.com

January 6, 2021

**VIA ECF**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2021
```

The Honorable Alison J. Nathan
United States District Court
40 Foley Square, Room 2102
New York, NY 10007

      Re:  Mark Virgilio v. UIPATH Inc., et al.
          <u>Civil Case No. 20-cv-8318</u>

Dear Judge Nathan:

  We represent Defendants, UiPath Inc. and Jay McGrath, and write the Court on behalf of all parties to seek an adjournment of the initial pretrial conference.

  On December 29, 2020, this Court referred the parties to mediation pursuant to the Second Amended Standing Order M-10-468(ECF#15).  There is an initial pretrial conference with the Court currently scheduled for January 15, 2021.  In light of the Court's mediation order, the parties respectfully request that the Court adjourn the initial pretrial conference until after the mediation has been held.  This adjournment will allow the parties to focus their efforts on the mediation and associated discovery without the burden of additional discovery practice.  Thank you for your consideration of this matter.

  SO ORDERED.

*Alison J. Nathan* (signature)
1/6/2021

> The parties are to provide a status update on the progress of mediation by February 25, 2021.

Very truly yours,

/s/ *Lauri F. Rasnick*

Lauri F. Rasnick

CC: All Counsel of Record (via ECF)